In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-406 CV


____________________



CRAIG BARRUM AND MICHELE BARRUM, Appellants



V.



THOMAS J. LAWRIE, ET AL., Appellees






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 02-01-00525






MEMORANDUM OPINION (1)


 The appellants, Craig Barrum and Michelle Barrum, and the appellees, Thomas J.
Lawrie, Sindy Parsons, and The Woodlands & Spring Realty, Inc. d/b/a Remax The
Woodlands & Spring, filed a joint motion to dismiss this appeal. The parties allege they
have resolved all disputes and agreed to dismiss this appeal. The Court finds that the
motion is voluntarily made by the parties through their attorneys of record prior to any
decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(2).

 It is, therefore, ordered that the motion to dismiss be granted and the appeal is
therefore dismissed. All costs are assessed against the incurring party.

 APPEAL DISMISSED. 

 PER CURIAM

Opinion Delivered March 24, 2005

Before Gaultney, Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.